Joseph Lubkin, on Behalf of Himself and Any and All Creditors of Defendant, Millner & Son, Inc., Who May Join in and Contribute to the Expenses of This Action, Respondent, v. David S. Stern and Others, Appellants.— Orders unani-

mously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.